# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                                    :        NO. 405
                                          :
ORDER RESCINDING RULE 3.9,    :        MAGISTERIAL RULES DOCKET
AND AMENDING RULES 3.10-3.11:
AND THE COMMENT TO RULE       :
3.12 OF THE RULES GOVERNING:
STANDARDS OF CONDUCT OF       :
MAGISTERIAL DISTRICT          :
JUDGES, AND AMENDING RULE     :
323 OF THE PENNSYLVANIA       :
RULES OF CIVIL PROCEDURE      :
BEFORE MAGISTERIAL            :
DISTRICT JUDGES               :

# ORDER

**PER CURIAM**

AND NOW, this 14th day of December 2016, upon the recommendation of the Minor Court Rules Committee; the proposal having been published for public comment at 33 Pa.B. 745 (February 8, 2003), 37 Pa.B. 6902 (December 29, 2007), and 43 Pa.B. 2269 (April 27, 2013):

It is **ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 3.9 is rescinded, and that Rules 3.10-3.11 and the Comment to Rule 3.12 of the Rules Governing Standards of Conduct of Magisterial District Judges, and Rule 323 of the Pennsylvania Rules of Civil Procedure Before Magisterial District Judges, are amended in the attached form.

This Order shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective April 1, 2017.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.